

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

| | |
|---|---|
| Julio Cesar Galindo Mancha, | * From the 446th District Court of Ector County, Trial Court No. E-23-10-1428-FM. |
| Vs. No. 11-25-00167-CV | * January 8, 2026 |
| Lorena Mancha, | * Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.) |

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. All pending motions in this proceeding are denied or otherwise overruled.